THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kimberly Denise
 Martin, Appellant.
 
 
 

Appeal From Pickens County
 John C. Few, Circuit Court Judge

Unpublished Opinion No. 2008-UP-442
 Submitted August 1, 2008  Filed August 6,
 2008

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Solicitor Robert Mills Ariail, of Greenville; for Respondent.
 
 
 

PER CURIAM:  Kimberly
 Denise Martin appeals her guilty plea for trafficking in cocaine, possession
 with intent to distribute cocaine within close proximity of a school or park,
 trafficking methamphetamine, possession with intent to distribute
 methamphetamine within close proximity of a school or park, possession of
 hydrocodone.  The plea judge sentenced her to twelve years for each trafficking
 charge, and ten years for the proximity charges, six months imprisonment for possession
 of hydrocodone. Counsel argues the guilty plea should be vacated because there
 was no meaningful waiver of her constitutional rights under the mandates of Boykin
 v. Alabama, 395 U.S. 238 (1969).  Martin also submitted a pro se brief.  After a thorough review of the record and both briefs pursuant to Anders v.
 California, 386 U.S. 738 (1967), we dismiss[1] Martins appeal and grant counsels motion to be relieved.  
APPEAL DISMISSED.
KONDUROS, J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.